IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SONJA TAYLOR-BRAY, | § | |
| | § | No. 705, 2014 |
| Appellant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware, |
| UNEMPLOYMENT  INSURANCE | § | in and for Kent County |
| APPEAL BOARD, | § | C.A. No. K14A-06-001 WLW |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted:  March 20, 2015
Decided:   April 23, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **VAUGHN**, Justices.

# **O R D E R**

This 23rd day of April 2015, upon consideration of the appellant's opening brief and the record below,[1] the Court finds it manifest that the judgment below should be affirmed on the basis of the Superior Court's decision dated December 11, 2014.  The Unemployment Insurance Appeal Board ("UIAB") did not err in concluding that the appellant's appeal of an August 19, 2013 overpayment determination was untimely and the interests of justice did not require the UIAB to consider the appellant's untimely appeal.

---

[1] The appellee informed the Court that it did not intend to file an answering brief and rested on the record below.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice